IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROGER SMITH,

    Petitioner,

v.                                                 CASE NO. 1:05-cv-00178-MP-AK

CHARLIE CHRIST, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 42, the Report and Recommendation of the Magistrate Judge, recommending that Mr. Smith's claim against the Attorney General be dismissed. The Petitioner objected, doc. 43. The Court agrees that the only proper defendants in this 28 U.S.C. § 2241 claim are the custodian of Petitioner, which is not the attorney general, or the chairperson of the Parole Commission, which is not the attorney general. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, doc. 42, is adopted and incorporated herein.

    2.    The Motion to dismiss, doc. 25, is granted, and the Attorney General is dismissed from this case.

    3.    This matter is remanded to the Magistrate Judge for further proceedings.

    **DONE AND ORDERED** this *2nd* day of January, 2008

                                   *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge