IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROGER SMITH,

    Petitioner,

v.                                          CASE NO. 1:05-cv-00178-MP-AK

CHARLIE CHRIST,
JAMES V. CROSBY,
MONICA DAVID,
JIM WITT,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 49, Report and Recommendation of the Magistrate Judge, recommending that the Petition for writ of habeas corpus in this case be denied and this case dismissed. The Petitioner filed objections, doc. 51, which the Court has reviewed. For the reasons which follow the Report and Recommendation is adopted and this case dismissed.

Petitioner argues that he was denied the due process that must be supplied before his parole can be revoked. However, the Court agrees with the Magistrate Judge that Petitioner was afforded all of the due process required; Petitioner simply disagrees with the reasonable inferences and credibility determinations made by the parole examiner. Also, the Court agrees with the Magistrate Judge that the examiner relied upon the sworn testimony of the Petitioner and the parole officer in reaching his decision, rather than merely upon the parole officer's violation report. Third, the Court agrees with the Magistrate Judge that the bifurcated process of parole revocation in Florida – for a hearing officer to hear the evidence initially in a parole

revocation situation and to submit a recommendation for final decision by the Commission, which then considers the recommendation but does not entertain further evidence – does not violate the due process clause.  Fourth, the revocation order stated the reasons for revocation. The petitioner changed his residence without prior permission.  Such a violation was particularly dangerous in Petitioner's case because he was a sex offender.  Finally, nothing in the record justifies Petitioner's claim that the state courts failed to provide "proper review of the Respondents' revocation, the Respondents' procedures, or the Respondents' compliance with due process."  Accordingly, none of Petitioner's claims have merit and it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Petition for Writ of Habeas Corpus is denied, and this case is dismissed.

    **DONE AND ORDERED** this  *4th*   day of November, 2008

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge